IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20069
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NAM VAN NGUYEN,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-94-0142-02
- - - - - - - - - -
December 21, 1995

Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

This is a direct appeal from a guilty-plea conviction for conspiracy to make, utter, and possess counterfeit check and to commit bank fraud in violation of 18 U.S.C. § 371. Appellant contends that the district court failed to make specific factual findings concerning the relevant conduct attributable to him as required by Rule 32(c) of the Federal Rules of Criminal Procedure. We have reviewed the record and find that the

_____

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.

district court complied with Rule 32.  Accordingly, we affirm the sentence imposed by the district court.

AFFIRMED.